UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ANGELA MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 8:15-cv-02791-T-24EAJ |
| | ) |
| SCOTTRADE, INC. | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO TRANSFER

COME NOW Plaintiff Angela Martin ("Plaintiff") and Defendant Scottrade, Inc. ("Scottrade"), by and through their respective counsel, and hereby move, pursuant to 28 U.S.C. § 1404(a), for entry of an order transferring this case to the United States District Court for the Eastern District of Missouri.  In support of their joint motion, the parties state as follows:

1. On December 4, 2015, Plaintiff filed a complaint against Scottrade alleging claims arising out of an alleged cybersecurity incident. ECF No. 1.

2. This Court has broad discretion to transfer an action pursuant to 28 U.S.C. § 1404(a) where three requirements are met: (1) the district to which the defendant seeks to have the action transferred is one in which the action might have been brought, (2) the transfer is for the convenience of parties and witnesses, and (3) transfer is in the interest of justice. *Central Money Mortg. Co., Inc. v. Holman*, 122 F. Supp. 2d 1345, 1347 (M.D. Fla. 2000) (*citing* 28 U.S.C. § 1404(a)); *Am. Aircraft Sales Intern., Inc. v. Airwarsaw, Inc.*, 55 F. Supp. 2d 1347, 1350 (M.D. Fla. 1999).  "Congress authorized courts to transfer the venue of a case in order to avoid unnecessary inconvenience to the litigants, witnesses, and the public,

- 2 -

and to conserve time, energy, and money." *Am. Aircraft Sales Int'l, Inc.*, 55 F. Supp. 2d at 1351.

3. Transfer of this case to the United States District Court for the Eastern District of Missouri is appropriate because (i) Scottrade's headquarters and principal place of business is located in the Eastern District of Missouri, (ii) the Eastern District of Missouri is a more convenient forum for the vast majority of witnesses in this litigation, and (iii) there are currently three other related putative class actions alleging similar claims arising from the same alleged cybersecurity incident pending in the Eastern District of Missouri. *See Andrew Duqum v. Scottrade, Inc.*, No. 4:15-CV-01537-SPM (E.D. Mo); *Stephen Hine v. Scottrade, Inc.*, No. 4:15-CV-01954-CEJ (E.D. Mo.); *Matthew Kuhns v. Scottrade, Inc.*, No. 4:15-CV-01812-SPM (E.D. Mo). Plaintiffs in *Duqum*, *Hine*, and *Kuhns* and Scottrade filed a Joint Motion to Consolidate these three cases on January 15, 2016.

4. Counsel for Scottrade conferred with counsel for Plaintiff regarding transfer of this action to the Eastern District of Missouri. Plaintiff agrees that transfer of this case to the United States District Court for the Eastern District of Missouri under 28 U.S.C. § 1404(a) is appropriate. If transferred, the parties intend to seek consolidation of this case with the other cases pending in the Eastern District of Missouri.

WHEREFORE, having shown that transfer of this case is in the interest of justice, Plaintiff Angela Martin and Defendant Scottrade, Inc. respectfully request that this Court enter an order transferring this case to the United States District Court for the Eastern District of Missouri, pursuant to 28 U.S.C. § 1404(a), and granting such other and further relief as the Court deems necessary and proper.

<table>
<tr><td>

**MURPHY & ANDERSON, P.A.**

*/s/ Nicole T. Melvani*
_____
**NIELS P. MURPHY**
Florida Bar No. 0065552
nmurphy@murphyandersonlaw.com
**NICOLE T. MELVANI**
Florida Bar No. 0108361
nmelvani@murphyandersonlaw.com
handerson@murphyandersonlaw.com
1501 San Marco Blvd.
Jacksonville, FL  32207
904-598-9282 (phone)
904-598-9283 (fax)
*Attorneys for Defendant Scottrade, Inc.*

</td><td>

**DOGALI LAW GROUP, P.A.**

*/s/ Geoffrey Parmer*
_____
**ANDY DOGALI**
Florida Bar No.: 0615862
**GEOFFREY PARMER**
Florida Bar No.: 989258
101 East Kennedy Blvd., Suite 1100
Tampa, FL 33602
Telephone: (813) 289-0700
Facsimile: (813) 289-9435
gparmer@dogalilaw.com
adogali@dogalilaw.com

And,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

*/s/ Karen Hanson Riebel*
_____
**KAREN HANSON RIEBEL**
**KATE M. BAXTER-KAUF**
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
Telephone: 612-596-4097
Facsimile: 612-339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com
*Attorneys for Plaintiff
and the Proposed Putative Classes*

</td></tr>
</table>

- 4 -

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on January 25, 2016 the foregoing was furnished via CM/ECF filing system to all counsel of record.

                                           */s/ Nicole T. Melvani*

                                             ATTORNEY