UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA MARTIN,

    Plaintiff,

v.

                                            Case No. 8:15-cv-2791-T-24 EAJ

SCOTTRADE, INC.,

    Defendant.
_____/

## ORDER

        This cause comes before the Court on a Joint Motion to Transfer the case to the United States District Court for the Eastern District of Missouri pursuant to 28 U.S.C. § 1404(a). Dkt. 11. In support of their motion, the parties submit to the Court that transfer is appropriate because (1) Scottrade's headquarters and principal place of business is located in the Eastern District of Missouri; (2) the Eastern District of Missouri is a more convenient forum for the vast majority of witnesses in this litigation, and (3) there are currently three other related putative class actions alleging similar claims arising from the same alleged cybersecurity incident pending in the Eastern District of Missouri.

        The Court has broad discretion to transfer a case pursuant to § 1404(a) if (i) the district to which the defendant seeks to have the action transferred is one in which the action might have been brought, (ii) the transfer is for the convenience of parties and witnesses, and (iii) transfer is in the interest of justice. *Central Money Mortg. Co., Inc. v. Holman*, 122 F. Supp. 2d 1345, 1347 (M.D. Fla. 2000) (citing 28 U.S.C. § 1404(a)).

Accordingly, the Court finds that this case should be transferred to the Eastern District of Missouri. The Motion to Transfer is **GRANTED**. The Clerk is directed to transfer this case to the United States District Court for the Eastern District of Missouri and close the case.

**DONE AND ORDERED** at Tampa, Florida, this 26th day of January, 2016.

SUSAN C. BUCKLEW
United States District Judge

**Copies to:**
Counsel of Record

2